IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-MJ-1803-RJ-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| JOHN A. BARRINGER, | ) |
| | ) |
| Defendant. | ) |

This matter is before the court on an unopposed motion by the government pursuant to

Rule 48(a), Fed. R. Crim. P., for leave of court to dismiss the case based upon Defendant's

satisfaction of the terms and conditions of an agreement for deferred prosecution.

For good cause shown, the government's unopposed motion is granted and the case is

hereby dismissed.

SO ORDERED, the 2nd day of April, 2013.

Robert B. Jones, Jr.
United States Magistrate Judge